MARIA E. SANBORN *v.* BRADFORD L. SANBORN
(13689)

LANDAU, SCHALLER and SPEAR, Js.

Argued May 23—decision released June 27, 1995

*Louis Kiefer,* with whom was *William O'Shea,* for the appellant (defendant).

*Stephen F. Cashman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.